IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN ALQUAN SOUELS, JR. | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-CV-5522 |
| | : | |
| BRITTANY GLADYS CLIPPERTON, | : | |
| *Defendant.* | : | |

## ORDER

AND NOW, this 16th day of October, 2025, upon consideration of Plaintiff Sean Alquan Souels, Jr.'s Motion to Proceed *In Forma Pauperis* (Dkt. No. 1), Prisoner Trust Fund Account Statement (Dkt. No. 3), *pro se* Complaint (Dkt. No. 2), and Motion to Appoint Counsel (Dkt. No. 4), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Sean Alquan Souels, Jr., 0043345, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Warden of the Northampton County Department of Corrections or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Souels's inmate account; or (b) the average monthly balance in Souels's inmate account for the six-month period immediately preceding the filing of this case. The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Souels's inmate trust fund account exceeds $10.00, the Warden or other

appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Souels's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

3. The Clerk of Court is **DIRECTED** to send a copy of this Order to the Warden of the Northampton County Department of Corrections.

4. The Complaint is **DEEMED** filed.

5. For the reasons stated in the Court's Memorandum, Souels's Complaint is **DISMISSED IN PART WITH PREJUDICE** and **DISMISSED IN PART WITHOUT PREJUDICE** as follows:

   a. The claims asserted pursuant 42 U.S.C. § 1983 against Defendant Brittany Gladys Clipperton are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). No leave to amend will be granted as to these claims.

   b. The state law claims against Clipperton are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

6. The Clerk of Court is **DIRECTED** to send Souels a blank copy of the Court's standard form complaint bearing the above civil action number.

7. Souels is given thirty (30) days to file an amended complaint in the event he can allege additional facts to establish this Court's subject matter jurisdiction over his state law claims against Clipperton, namely that the parties are of diverse citizenship and the amount in controversy exceeds $75,000. Any amended complaint shall identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint, shall state the basis for Souels's

claims against each defendant, and shall bear the title "Amended Complaint" and the case number 25-5522.  <u>Souels may not assert a claim that has already been dismissed with prejudice.</u>  When drafting his amended complaint, Souels should be mindful of the Court's reasons for dismissing his claims as explained in the Court's Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

8. If Souels does not file an amended complaint the Court will entering an Order dismissing his state law claims without prejudice for lack of subject matter jurisdiction and closing the case.

9. The Motion to Appoint Counsel (Dkt. No. 4) is **DENIED without prejudice as premature**.

10. The time to serve process under Federal Rule of Civil Procedure 4(m) is **EXTENDED** to the date 90 days after the Court issues summonses in this case if summonses are issued.

BY THE COURT:

*/s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**